UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **TESSERON, LTD.,** | : | Case No. 1:07-CV-2947 |
| **Plaintiff,** | : | |
| | : | JUDGE KATHLEEN O'MALLEY |
| v. | : | |
| **KONICA MINOLTA BUSINESS SOLUTIONS U.S.A., INC.,** *et al.*, | : | **ORDER** |
| **Defendants.** | : | |

The Court has been advised by counsel that this action has been settled. Therefore, it is not necessary that the action remain upon the calendar of the Court.

IT IS ORDERED that this action is hereby closed. It shall be marked settled and dismissed, with prejudice, each party to bear its own costs. The Court, however, retains jurisdiction for the following reasons: (1) so that the parties can file, if they so choose, any necessary documents further memorializing the settlement agreement (*e.g.*, dismissal documents); (2) to vacate this Order and reopen the action upon cause shown that the settlement has not been completed and further litigation is necessary; or (3) to alter the terms of the settlement and dismissal upon agreement of the parties.

**IT IS SO ORDERED.**

/s/Kathleen M. O'Malley
**KATHLEEN McDONALD O'MALLEY
UNITED STATES DISTRICT JUDGE**

**Dated: June 11, 2009**