UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TESSERON, LTD., | ) | CASE NO. 1:07-CV-2947-KMO |
| Plaintiff, | ) | JUDGE KATHLEEN M. O'MALLEY |
| vs. | ) | |
| KONICA MINOLTA BUSINESS SOLUTIONS U.S.A., INC., *et al.*, | ) | |
| Defendants. | ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), between Plaintiff Tesseron, Ltd. and Defendant Konica Minolta Business Solutions U.S.A., Inc., that the above captioned matter in its entirety, including all claims, defenses, and counterclaims, is hereby dismissed *with prejudice* with each party to bear its own attorneys' fees, costs, and expenses.

GRANTED: ✓

DENIED: _____

*K. M. O'Malley*
U.S. District Judge

71074957.1
71080069.1